**FILED**
**NOVEMBER 27, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6664**

| | | |
|---|---|---|
| Hartford Fire Insurance Company | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. |
| | ) | |
| Drew Brauer, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE KEYS**

**Plaintiff Hartford Fire Insurance Company's**
**Fed. R. Civ. Pro. 7.1 and LR 3.2 Disclosure Statement**

The undersigned, counsel of record for Hartford Fire Insurance Company, Plaintiff, furnishes the following in compliance with Fed. R. Civ. Pro. 7.1 and LR 3.2:

(1)   Name of the party or amicus the attorney represents: Hartford Fire Insurance Company.

(2)   If such party or amicus is a corporation:

   (a)   Its parent corporation, if any: The Hartford Financial Services Group, Inc.

   (b)   A list of corporate stockholders which are publicly held companies owning 5% or more of the stock of the party or amicus: The Hartford Financial Services Group, Inc.

(3)   The names of all law firms whose partners or associates appear for or are expected to appear for the party in this Court: Karbal, Cohen, Economou, Silk, & Dunne, LLC.

Dated: November 27, 2007

_Paul Parker_

Wayne S. Karbal   **(Ill. ARDC No. 6207190)**
Paul Parker **(Ill. ARDC No. 6181229)**
Karbal, Cohen, Economou, Silk & Dunne, LLC
200 South Michigan, 20th Floor
Chicago, Illinois  60604
(312) 431-3700 (tel.)
(312) 431-3670 (fax.)
Attorneys for Hartford Fire Insurance Company

1