**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Hartford Fire Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6664 |
| v. | ) | |
| | ) | Judge Holderman |
| | ) | Magistrate Judge Key |
| Drew Brauer, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Ron A. Cohen, Esq.
　　　Law Office of Ron A. Cohen
　　　30 North LaSalle Street, Suite 3400
　　　Chicago, IL 60602-3337

　　　Paul Slavin
　　　Slavin & Slavin
　　　20 South Clark Street, Suite 510
　　　Chicago, IL 60602

　　PLEASE TAKE NOTICE that on February 4, 2008, I electronically filed with the Clerk of the U.S. District Court, Eastern Division, an **Answer to First Amended Complaint**, in reference to the above-captioned case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　"s/James T. Harrison"
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020