**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Hartford Fire Insurance Company, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07 C 6664 |
| v. | ) |
| | ) Judge Holderman |
| | ) Magistrate Judge Key |
| Drew Brauer, | ) |
| | ) |
| Defendant. | ) |

## AMENDED NOTICE OF FILING

TO:   Wayne S. Karbal
      Paul Parker
      Karbal, Cohen, Economou, Silk & Dunne, LLC
      200 South Michigan Avenue, 20th Floor
      Chicago, IL 60604

      PLEASE TAKE NOTICE that on February 4, 2008, I electronically filed with the Clerk of the U.S. District Court, Eastern Division, an **Appearance**, in reference to the above-captioned case.

      Respectfully submitted,

      "s/James T. Harrison"
      Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020