**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Hartford Fire Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6664 |
| v. | ) | |
| | ) | Judge Holderman |
| | ) | Magistrate Judge Key |
| Drew Brauer, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Amended Notice of Filing regarding Appearance** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 4th day of February, 2008, using the CM/ECF system.

>Wayne S. Karbal
>Paul Parker
>Karbal, Cohen, Economou, Silk & Dunne, LLC
>200 South Michigan Avenue, 20th Floor
>Chicago, IL 60604

>"s/James T. Harrison"
>Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020