IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Hartford Fire Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6664 |
| v. | ) | |
| | ) | Judge Holderman |
| | ) | Magistrate Judge Key |
| Drew Brauer, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED NOTICE OF FILING

TO:    Wayne S. Karbal
        Paul Parker
        Karbal, Cohen, Economou, Silk & Dunne, LLC
        200 South Michigan Avenue, 20th Floor
        Chicago, IL 60604

      PLEASE TAKE NOTICE that on February 4, 2008, I electronically filed with the Clerk of the U.S. District Court, Eastern Division, an **Answer to First Amended Complaint**, in reference to the above-captioned case.

                                                        Respectfully submitted,

                                                        "s/James T. Harrison"
                                                        Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020