**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Hartford Fire Insurance Company**,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6664 |
| v. | ) | |
| | ) | Judge Holderman |
| | ) | Magistrate Judge Key |
| Drew Brauer, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Amended Notice of Filing regarding Answer to First Amended Complaint** was electronically filed with the Clerk of the U.S. District Court, Eastern Division and e-filed to the below listed person(s) on the 4th day of February, 2008, using the CM/ECF system.

        Wayne S. Karbal
        Paul Parker
        Karbal, Cohen, Economou, Silk & Dunne, LLC
        200 South Michigan Avenue, 20th Floor
        Chicago, IL 60604

        "s/James T. Harrison"
        Attorney for Defendant

James T. Harrison
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Atty. No. 06207020