# Exhibit A



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Hartford Fire Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6664 |
| v. | ) | |
| | ) | |
| | ) | Judge Holderman |
| | ) | Magistrate Judge Key |
| Drew Brauer, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS

TO: Wayne S. Karbal
Paul Parker
Karbal, Cohen, Economou, Silk & Dunne, LLC
200 South Michigan Avenue, 20th Floor
Chicago, IL 60604

NOW COMES the Defendant, Drew Brauer, by and through his attorneys, Harrison Law Offices, P.C., pursuant to Rule 34 of the Federal Rules of Civil Procedure, and requests production of the following from the Plaintiff, Hartford Fire Insurance Company, within thirty (30) days hereof:

**Request No. 1:** Copies of any and all liability insurance policies issued to Trinity International University by Hartford Fire Insurance Company under which Drew Brauer has claimed or may claim he is entitled to defense and indemnity for the matters alleged in the complaint entitled *Jane Doe v. Drew Brauer, Trinity International University, William Washington and Patrick Gilliam*, No. 07 L 6835, pending in the Circuit Court of Cook County, Illinois, County Department, Law Division. This request includes without limitation the following Policies:

| Policy No. | Effective Dates |
|---|---|
| 83 UEN RY9529 | 6/30/04-6/30/05 |
| 83 UEN RY9529 | 6/30/05-6/30/06 |
| 83 UEN RY9529 | 6/30/06-6/30/07 |
| 83 UEN RY9529 | 6/30/07-6/30/08 |

Drew Brauer

By: _____
James T. Harrison
Attorney for Defendant

Harrison Law Offices, P.C.
684 South Eastwood Drive
Woodstock, IL  60098
(815) 338-7773

Dated: March 14, 2008