# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Hartford Fire Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.   1:07-cv-06664 |
| vs. | ) | |
| | ) | Judge James F. Holderman |
| Drew Brauer, | ) | |
| | ) | Mag. Judge Arlander Keys |
| Defendant. | ) | |

## CERTIFICATION IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER

State of Illinois   )
                    )ss.
County of Cook      )

The undersigned, being first duly sworn, on oath deposes and states:

1. My name is Paul Parker. I am one of the attorneys representing Plaintiff Hartford Fire Insurance Company in the above-state action.

2. On April 8, 2008, I engaged in a telephone conversation with James Harrison, representing Defendant Drew Brauer, wherein Mr. Harrison indicated he would not agree to entry of a Protective Order.

3. On April 21, 2008, I placed a telephone call to James Harrison. I was told he was unavailable. I left a message for him to call me, with my telephone number. As of April 23, 2008, James Harrison had not returned my call.

4. After consultation by telephone and good faith attempts to resolve differences the parties are unable to reach an accord, and counsel's attempts to engage in additional consultation were unsuccessful due to no fault of counsel.

Further Affiant Sayeth Naught.

1

_/s/ Paul Park_

Signed and Sworn to Before Me
This 23rd Day of April, 2008

_/s/ Courtney Glover Bell_
Notary Public

"OFFICIAL SEAL"
Courtney Glover Bell
Notary Public, State of Illinois
My Commission Exp. 05/05/2010

2