# Exhibit E



KARBAL | COHEN | ECONOMOU | SILK | DUNNE
200 S. MICHIGAN AVENUE, 20TH FLOOR
CHICAGO, ILLINOIS 60604

PAUL PARKER
Direct: (312) 431-3623
Fax: 312.431.3670
pparker@karballaw.com

April 8, 2008

Via Overnight Delivery

Ralph A. Morris, Esq.
Schiff Hardin LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606

Re:   Hartford Fire Ins. Co. v. Brauer
      U.S. Dist. Court, N.D. Ill., No. 07 C 6664

Dear Mr. Morris:

Hartford Fire Insurance Company ("Hartford Fire") filed a declaratory judgment suit against Drew Brauer in the United States District Court for the Northern District of Illinois, Eastern Division, on Nov. 27, 2007. The suit is currently pending under docket No. 07 C 6664.

On March 14, 2008, Drew Brauer served a request for production of documents on Hartford Fire, seeking copies of four liability insurance policies issued to Trinity International University (see enclosed copy of request for production of documents). The current due date for Hartford Fire's response to Brauer's request for production of documents is April 16, 2008.

Please indicate whether Trinity International University objects to us producing copies of the four liability insurance policies to Mr. Brauer's attorney.

Very truly yours,

Paul Parker

Cc: Nancy Bartusiak
Mesirow Insurance Services, Inc.
321 N. Clark Street, Suite 1200
Chicago, IL  60610

From: 815 338 7738   Page: 1/4   Date: 3/14/2008 4:03:57 PM

# HARRISON LAW OFFICES, P.C.
*A Professional Service Corporation*

JAMES T. HARRISON, ESQ.                                    JACQUELINE H. LOWER, ESQ.

## FAX TRANSMITTAL COVER PAGE

DATE:        March 14, 2008

TO:          Wayne S. Karbal and Paul Parker

FIRM:        Karbal, Cohen, Economou, Silk & Dunne, LLC

FAX #:       (312) 431-3670

FROM:        James T. Harrison

# PAGES:     4
             (Including Cover Page)

RE:          Hartford Fire Insurance Company v. Drew Brauer
             Case No. 2007 C 6664
             HLO File No. 08-006

COMMENTS:    Attached please find a copy of the Defendant's First Request For the Production of Documents and a Certificate of Service dated March 14, 2008. The original documents will follow via US Mail.

THIS FACSIMILE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL AND PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED ANY DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.

684 S. Eastwood Drive (Route 47), Woodstock, IL 60098 ~ Office: (815) 338-7773 ~ Fax: (815) 338-7738



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Hartford Fire Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6664 |
| v. | ) | |
| | ) | Judge Holderman |
| | ) | Magistrate Judge Key |
| Drew Brauer, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS

TO:  Wayne S. Karbal
Paul Parker
Karbal, Cohen, Economou, Silk & Dunne, LLC
200 South Michigan Avenue, 20th Floor
Chicago, IL 60604

NOW COMES the Defendant, Drew Brauer, by and through his attorneys, Harrison Law Offices, P.C., pursuant to Rule 34 of the Federal Rules of Civil Procedure, and requests production of the following from the Plaintiff, Hartford Fire Insurance Company, within thirty (30) days hereof:

**Request No. 1:** Copies of any and all liability insurance policies issued to Trinity International University by Hartford Fire Insurance Company under which Drew Brauer has claimed or may claim he is entitled to defense and indemnity for the matters alleged in the complaint entitled *Jane Doe v. Drew Brauer, Trinity International University, William Washington and Patrick Gilliam*, No. 07 L 6835, pending in the Circuit Court of Cook County, Illinois, County Department, Law Division. This request includes without limitation the following Policies:

| Policy No. | Effective Dates |
|---|---|
| 83 UEN RY9529 | 6/30/04-6/30/05 |
| 83 UEN RY9529 | 6/30/05-6/30/06 |
| 83 UEN RY9529 | 6/30/06-6/30/07 |
| 83 UEN RY9529 | 6/30/07-6/30/08 |

Drew Brauer

By: _____
James T. Harrison
Attorney for Defendant

Harrison Law Offices, P.C.
684 South Eastwood Drive
Woodstock, IL 60098
(815) 338-7773

Dated: March 14, 2008

From: 815 338 7738      Page: 4/4      Date: 3/14/2008 4:03:58 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Hartford Fire Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6664 |
| v. | ) | |
| | ) | Judge Holderman |
| | ) | Magistrate Judge Key |
| Drew Brauer, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby states that a true and correct copy of the foregoing **Defendant's First Request for Production of Documents** was mailed in the City of Woodstock, Illinois, enclosed in an envelope plainly addressed to the below listed person(s) with postage fully prepaid, on the 14th day of March, 2008, and also sent via facsimile from (815) 338-7738 to the below listed person(s) on the 14th day of March, 2008.

>   Wayne S. Karbal
>   Paul Parker
>   Karbal, Cohen, Economou, Silk & Dunne, LLC
>   200 South Michigan Avenue, 20th Floor
>   Chicago, IL 60604
>   Via Facsimile: (312) 431-3670

>   /s/ Jacqueline H. Lower
>   Jacqueline H. Lower, Attorney at Law

Harrison Law Offices, P.C.
684 South Eastwood Drive
Woodstock, IL 60098
Office: (815) 338-7773
Fax: (815) 338-7738