# Exhibit F

# Paul Parker

| | |
|---|---|
| From: | Paul Parker |
| Sent: | Tuesday, April 15, 2008 3:11 PM |
| To: | 'jharrison@harrisonlawoffices.com' |
| Subject: | Hartford Fire vs. Brauer |
| Attachments: | LtrJHarr02.PDF; Form35Rule26Meeting01b.doc.DOC |

Dear Mr. Harrison:

Attached please find a form of discovery conference report (draft, for discussion and modification as we will discuss), and a letter memorializing our agreement to extend the time for Hartford Fire to respond to Drew Brauer's document requests.

Please review the attachments and let's talk when we have an opportunity.

Thank you,


Paul Parker
**Karbal | Cohen | Economou | Silk | Dunne | LLC**
200 S. Michigan Ave., 20th Floor
Chicago, IL  60604
(Direct)        312/431-3623
(Facsimile)    312/431-3670
(E-mail) pparker@karballaw.com

**CONFIDENTIALITY NOTE:**
This electronic message transmission contains information from the law firm of Karbal, Cohen, Economou, Silk & Dunne, LLC, which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

 

LtrJHarr02.PDF (43    Form35Rule26Meeti
        KB)                ng01b.doc.DOC...

1



KARBAL | COHEN | ECONOMOU | SILK | DUNNE
200 S. MICHIGAN AVENUE, 20TH FLOOR
CHICAGO, ILLINOIS 60604

PAUL PARKER
Direct: (312) 431-3623
Fax: 312.431.3670
pparker@karballaw.com

April 15, 2008

Via E-Mail Delivery
jharrison@harrisonlawoffices.com

James T. Harrison, Esq.
Harrison Law Offices, P.C.
684 S. Eastwood Drive
Woodstock, IL 60098

Re:　Hartford Fire Ins. Co. v. Brauer
　　　U.S. Dist. Court, N.D. Ill., No. 07 C 6664

Dear Mr. Harrison:

　　This letter will memorialize our discussion on April 15, 2008, wherein we agreed to extend the date for Hartford Fire Insurance Company to serve its responses to Drew Brauer's current discovery requests (consisting of Brauer's First Set of Requests for Production of Documents), to April 23, 2008. If this letter does not accurately memorialize our discussion, please contact me immediately.

　　Thank you very much for your courtesy in this regard.

Very truly yours,

Paul Parker