# Exhibit G



**SCHIFF HARDIN** LLP

6600 SEARS TOWER
CHICAGO, ILLINOIS 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Thurston C. Bailey
312-258-5561
tbailey@schiffhardin.com

April 16, 2008

<u>**VIA FACSIMILE (312) 431-3670**</u>

Mr. Paul Parker
Karbal, Cohen, Economou, Silk & Dunne
200 S. Michigan Avenue, Suite 2000
Chicago, IL 60604

Re: **Hartford Insurance Co. v. Brauer**
**U.S. District Court for the Northern District of Illinois**
**Case No. 07 C 6664**

Dear Mr. Parker:

As you know, Ralph Morris and I represent Trinity International University ("TIU"). As such, I am responding to the April 8, 2008 letter you sent Mr. Morris with respect to the above referenced lawsuit. In that letter, you indicate that Mr. Drew Brauer has requested documents from Hartford which include copies of four liability insurance policies that Hartford issued to TIU. Although we do not object to providing that documentation, it is TIU's position that these documents should be produced to Mr. Brauer's attorney until Mr. Brauer and TIU have entered into a protective order regarding those four liability insurance policies. In general, the protective order should restrict the use of those insurance policies to the above referenced case and there should be a provision requiring the return of those documents at the conclusion of the lawsuit. Furthermore, the protection order should generally prevent disclosure of the insurance policies to third parties to the lawsuit except for certain fact and expert witnesses. I believe that each of these things would normally be part of a standard protective order. Finally, if and/or when, such a protective order is filed and/or entered, please forward a copy of that order to my offices.

If you have any questions concerning this letter, please feel free to contact me at (312) 258-5561.

Sincerely,

Thurston C. Bailey

TCB/cz
cc: Michael Picha
    Ralph Morris
CHI\5691457.1