**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:07-cv-06664 |
| | ) | |
| DREW BRAUER, | ) | Hon. James F. Holderman |
| | ) | Magistrate Judge Arlander Keys |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   James T. Harrison
      HARRISON LAW OFFICES, P.C.
      684 South Eastwood Drive
      Woodstock, Illinois 60098

   PLEASE TAKE NOTICE that on April 29, 2008 at 9:00 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge James F. Holderman, or any Judge sitting in his place or stead, in Room 2541 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Hartford Fire Insurance Company's Motion for a Protective Order, which was filed electronically on April 23, 2008.

   Dated at Chicago, Illinois, this 23rd day of April, 2008.

                              **ST. PAUL FIRE AND MARINE
                              INSURANCE COMPANY**

                              By:   s:/Paul T. Parker

Wayne S. Karbal
Paul T. Parker
**KARBAL, COHEN, ECONOMOU,
SILK & DUNNE, LLC**
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
(312) 431-3700
Fax: (312) 431-3670
Firm ID No. 38100

KCESD_271739_1.DOC

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on April 23, 2008, I electronically filed the foregoing Notice of Motion using CM/ECF SYSTEM which will send notification of such filing to the following:

>James T. Harrison
>HARRISON LAW OFFICES, P.C.
>684 South Eastwood Drive
>Woodstock, Illinois 60098

                                                 s:/Paul T. Parker
                                                   Paul T. Parker