UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Hartford Fire Insurance Company
                              Plaintiff,
v.                                             Case No.: 1:07−cv−06664
                                               Honorable James F. Holderman
Drew Brauer
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

     MINUTE entry before Judge Honorable James F. Holderman: Status hearing held on 5/8/2008 and is continued to 5/19/2009 at 9:00 AM. Plaintiff Hartford Fire Insurance Company's motion for protective order [16] is granted; counsel to email Order for signature. Plaintiff is given to and including 5/9/2008 to amend all pleadings and to add any additional parties. Defendant is given to and including 5/30/2008 to amend all pleadings and to add any additional parties. Fact Discovery ordered closed by 5/8/2009. Parties are to meet with Magistrate Judge Keys for settlement conference during the second week of May, 2009. The case will be referred to Magistrate Judge Keys for settlement conference and discovery disputes. Dispositive motions with supporting memoranda due by 8/21/2009; responses due by 9/11/2009. Replies due by 9/25/2009. The Court to rule electronically and will set further dates at the time of ruling. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.