# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Hartford Fire Insurance Company

                        Plaintiff,

v.                                                  Case No.: 1:07–cv–06664

                                                     Honorable James F. Holderman

Drew Brauer

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: discovery disputes and settlement conference. (am) Mailed notice.

Dated: May 8, 2008

                                                                               /s/ James F. Holderman

                                                                              United States District Judge