## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6664 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Hartford Fire Insurance Company vs. Drew Brauer | | |

**DOCKET ENTRY TEXT**

ENTER ORDER ON HARTFORD FIRE INSURANCE COMPANY'S MOTION FOR A PROTECTIVE ORDER regarding confidential information.

■ [ For further detail see separate order(s).]     Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | AMM |
|---|---|---|