**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| Hartford Fire Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.    1:07-cv-06664 |
| vs. | ) | |
| | ) | Judge James F. Holderman |
| Drew Brauer, | ) | |
| | ) | Mag. Judge Arlander Keys |
| Defendant. | ) | |

**ORDER ON HARTFORD FIRE INSURANCE COMPANY'S**
**MOTION FOR A PROTECTIVE ORDER**

This matter having come before the Court on Motion of Hartford Fire Insurance Company for a Protective Order, due notice having been given and the Court being fully advised in the premises, Now Therefore, It is Ordered that Hartford Fire Insurance Company's Motion for a Protective Order is Granted, and that the Protective Order shall contain the following language: "Counsel for the parties are ordered to retain copies of all documents containing confidential information which are provided in discovery under the protective order. Documents containing confidential information shall NOT be filed with the Clerk of Court. Documents requiring the court's review shall be submitted to chambers in camera in a sealed envelope bearing the caption of the case, case number, the title of the motion or response to which the submitted confidential information pertains, and the name and telephone number of counsel submitting the documents. The producing party shall maintain the original documents intact for any further review. A copy of the pleading, motion, or other document with confidential information redacted to leave an identified designated blank space in the pleading, motion, or other document shall be electronically filed with the Clerk of the Court for the record."

Date: May 8, 2008

_____
Judge James F. Holderman