# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Holderman | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6664 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Hartford Fire Insurance Company v. Brauer | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 9/15/08 at 9:00 a.m. Discovery is proceeding.

Docketing to mail notices.

00:6;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|

07C3914

Page 1 of 1