# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Holderman | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6664 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Hartford Fire Insurance Company v. Brauer | | |

**DOCKET ENTRY TEXT**

Enter Hartford Fire Insurance Company's Agreed Protective Order. *AK*

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|

07C6664      Page 1 of 1