**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division**

Hartford Fire Insurance Company
          Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:07–cv–06664
　　　　　　　　　　　　　　　　　　　Honorable James F. Holderman

Drew Brauer
          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 15, 2008:

  MINUTE entry before the Honorable Arlander Keys:Magistrate Judge Status hearing held; continued to 10/31/2008 at 09:00 AM. Discovery is proceeding.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.